ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
SETH NIELSEN, Special Assistant United States Attorney (#13823)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>AYHAM SHEAN AL HORANI, and<br>JESSICA NICOLE MUNOZ,<br><br>Defendants. | Case 2:19MJ800 EJF<br><br>**DISMISSAL OF THE COMPLAINT**<br><br>Magistrate Judge Evelyn J. Furse |

Based upon leave of the Court granted by the Honorable Magistrate Judge Dustin B. Pead, the United States of America hereby dismisses the Complaint, without prejudice, in the above-referenced matter.

RESPECTFULLY submitted this 31st day of August, 2021.

ANDREA T. MARTINEZ
Acting United States Attorney

*/s/ Seth Nielsen*
SETH NIELSEN
Special Assistant United States Attorney